DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERMILO MORENO-BEJAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-cr-00423 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER THEREON |
| ) | |
| HERMILO MORENO-BEJAR, ) | Date:  March 2, 2009 |
| ) | Time:  9:00 A.M. |
| Defendant. ) | Dept :  Hon. Anthony W. Ishii |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for February 23, 2009, **may be continued to March 2, 2009, at 9:00 A.M.**

This continuance is requested by counsel for the defendant.  Counsel received a proposed plea offer from the government, which counsel has reviewed with the defendant.  Defendant needs time to consider the offer, and the parties anticipate that the requested continuance will allow resolution of the matter prior to the hearing.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR W. SCOTT  
                                        United States Attorney

DATED: February 19, 2009        /s/ Ian L. Garriques  
                                        IAN L. GARRIQUES  
                                        Assistant United States Attorney  
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK  
                                        Federal Defender

DATED: February 19, 2009        /s/ Rachel W. Hill  
                                        RACHEL W. HILL  
                                        Assistant Federal Defender  
                                        Attorney for Defendant  
                                        Hermilo Moreno-Bejar

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 20, 2009**        /s/ Anthony W. Ishii  
                                        CHIEF UNITED STATES DISTRICT JUDGE